■ In the Matter of BRIDGET DOXTATOR et al., Appellants, v ESTHER DARLING, Respondent. In the Matter of MICHAEL A. GUINTA et al., Respondents, v BRIDGET DOXTATOR et al., Appellants, and ESTHER DARLING, Respondent. [751 NYS2d 429] —Appeal from an amended order of Family Court, Onondaga County (Klim, J.), entered November 8, 2001, which, inter alia, awarded custody of the child to Michael A. Guinta and Donna J. Guinta and visitation to Bridget Doxtator and Dana Darling.

It is hereby ordered that the amended order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Onondaga County, Klim, J. Present—Pine, J.P., Wisner, Scudder, Kehoe and Burns, JJ.